UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RAYMOND D. TAYLOR, JR.,

Plaintiff,

v.

BRAVO, et al.,

Defendants.

Case No.: 2:22-cv-02121-GMN-NJK

**ORDER**

(Docket No. 1)

On December 21, 2022, pro se plaintiff Raymond D. Taylor, Jr., an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. Docket Nos. 1, 1-1. Plaintiff's application to proceed *in forma pauperis* is incomplete because Plaintiff did not include a financial certificate and an inmate trust fund account statement for the previous six-month period with the application.

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). The fee for filing a civil-rights action is $402, which includes the $350 filing fee and the $52 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

1    Accordingly, for the reasons stated above,

2    IT IS ORDERED that the application to proceed *in forma pauperis*, Docket No. 1, is

3    **DENIED** without prejudice.

4    IT IS FURTHER ORDERED that, no later than **February 21, 2023,** Plaintiff must either

5    pay the full $402 filing fee or file a new fully complete application to proceed *in forma pauperis*

6    with all three required documents: a completed application with the inmate's two signatures on

7    page 3; a completed financial certificate that is signed both by the inmate and the prison or jail

8    official; and a copy of the inmate's trust fund account statement for the previous six-month period.

9    IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this

10   action will be subject to dismissal without prejudice.  A dismissal without prejudice allows

11   Plaintiff to refile the case with the Court, under a new case number, when Plaintiff can file a

12   complete application to proceed *in forma pauperis* or pay the required filing fee.

13   The Clerk of the Court is **INSTRUCTED** to send Plaintiff Raymond D. Taylor, Jr. the

14   approved form application to proceed *in forma pauperis* for an inmate and instructions for the

15   same and retain the complaint and exhibits, Docket Nos. 1-1, 1-2, but not file them at this time.

16   IT IS SO ORDERED.

17   DATED:   December 27, 2022.

18

19

20   _____
     NANCY J. KOPPE
21   UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

2