AARON D. FORD
  Attorney General
KEITH G. MUNRO, Bar No. 5074
  Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, Nevada 89701-4717
Tel: (775) 684-1272
E-mail: kmunro@ag.nv.gov

*Attorneys for Defendants Alex Bravo, James Barnett, Jacob Clay, and Jonathan Griffin*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND TAYLOR, JR., <br><br> Plaintiff, <br><br> v. <br><br> BRAVO, *et al.*, <br><br> Defendant. | Case No. 2:22-cv-02121-GMN-NJK <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Raymond D. Taylor, Jr. pro se, and the Interested Party, the Nevada Department of Corrections, stipulate that the above-captioned action, and all related claims known and unknown, should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

DATED this ___ day of August 2023

By: /s/ Raymond D. Taylor Jr
Raymond D. Taylor, NDO C# 1238927
*Plaintiff Pro Se*

DATED this ___ day of August, 2023

AARON D. FORD
Attorney General

By: /s/ Keith G. Munro
Keith G. Munro Bar No. 5074
Deputy Attorney General

*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Page 1